AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA ex rel. CFV 2025 LLC,<br>*Plaintiff(s)*<br>v.<br>CHOICE HOTELS INTERNATIONAL, INC., HILTON WORLDWIDE HOLDINGS, INC., HYATT HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP PLC, (See Attachment #1)<br>*Defendant(s)* | ) | Civil Action No. 2:25-cv-02061-AH-MAA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Choice Hotels International, Inc.
c/o Corporation Service Company Which Will Do Business In California
as CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833-2425

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christina Tusan (SBN 192203) ctusan@ctusanlaw.com
Adrian Barnes (SBN 253131) abarnes@ctusanlaw.com
Tusan Law, P.C.
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203; Facsimile: (626) 619-8253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: May 20, 2026

/s/ Jennylam
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Civil Action No. 2:25-cv-02061-AH-MAA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

**FILED**

CLERK, U.S. DISTRICT COURT

3/7/25

CENTRAL DISTRICT OF CALIFORNIA

BY: cs DEPUTY

ROBBINS GELLER RUDMAN
& DOWD LLP
SAM S. SHELDON (190502)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
ssheldon@rgrdlaw.com

Fee Paid

Attorneys for Plaintiff-Relator

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA<br><br>*ex rel.* [SEALED],<br><br>Plaintiff-Relator,<br><br>vs.<br><br>[SEALED],<br><br>Defendants. | Case No. CV25-2061-AH(MAAx)<br><br>*SEALED*<br><br>RELATOR'S **SEALED** *QUI TAM* COMPLAINT<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)**<br><br>**DO NOT PLACE ON PACER**<br><br>DEMAND FOR JURY TRIAL |

**FILED UNDER SEAL PURSUANT TO THE FEDERAL FALSE CLAIMS ACT, 31 U.S.C. §3730(b)**

ROBBINS GELLER RUDMAN
& DOWD LLP
SAM S. SHELDON (190502)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
ssheldon@rgrdlaw.com

Attorneys for Plaintiff-Relator

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA<br><br>*ex rel.* CFV 2025 LLC,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>CHOICE HOTELS INTERNATIONAL, INC., HILTON WORLDWIDE HOLDINGS, INC., HYATT HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP PLC, MARRIOTT INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, INC., and CORPORATE LODGINGS CONSULTANTS, INC.,<br><br>Defendants. | Case No.<br><br>*SEALED*<br><br>RELATOR'S **SEALED** *QUI TAM* COMPLAINT<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)**<br><br>**DO NOT PLACE ON PACER**<br><br>DEMAND FOR JURY TRIAL |

**FILED UNDER SEAL PURSUANT TO THE FEDERAL FALSE CLAIMS ACT, 31 U.S.C. §3730(b)**