PILLSBURY WINTHROP SHAW PITTMAN LLP
RONALD L. CHENG (SBN 138892)
ronald.cheng@pillsburylaw.com
CHRISTOPHER GARZA ESTRADA (SBN 353027)
chris.garzaestrada@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA  90017-5524
Telephone:  213.488.7100
Facsimile:   213.629.1033

*Attorneys for Defendant*
CHOICE HOTELS INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA *ex rel.* CFV 2025 LLC,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>CHOICE HOTELS INTERNATIONAL, INC., HILTON WORLDWIDE HOLDINGS, INC., HYATT HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP PLC, MARRIOTT INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, INC., AND CORPORATE LODGINGS CONSULTANTS, INC.,<br><br>Defendants. | Case No. 2:25-cv-02061-AH-MAAx<br><br>**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S DISCLOSURE STATEMENT**<br><br>Hon. Anne Hwang<br>United States District Judge |

1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant Choice Hotels International, Inc. hereby certifies as follows:

Choice Hotels International, Inc. is not a parent, subsidiary, or other affiliate of a publicly owned corporation.

As of this date, there is no other person or entity, other than the named parties, known to have a financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  June 10, 2026                    PILLSBURY WINTHROP SHAW PITTMAN LLP


By:   _/s/ Ronald L. Cheng_
      RONALD L. CHENG
      CHRISTOPHER GARZA ESTRADA
      *Attorneys for Defendant*
      CHOICE HOTELS INTERNATIONAL, INC.

CHOICE HOTELS INTERNATIONAL, INC.'S DISCLOSURE STATEMENT