Aaron M. Danzig (pro hac)
aaron.danzig@agg.com
James R. Wiseman (pro hac)
james.wiseman@agg.com
Arnall Golden Gregory LLP
171 17th Street, Suite 2100
Atlanta, Georgia 30363
Telephone: 404.873.8504

Denis Shmidt (CA Bar 267987)
dshmidt@orsusgate.com
Nabil Bisharat (CA Bar 270305)
nbisharat@orsusgate.com
Zachary Murray (CA Bar 344762)
zmurray@orsusgate.com
Orsus Gate LLP
16 N. Marengo Ave., Suite 505
Pasadena, California 91101
Telephone: 213.286.6434

Counsel for Defendant Corporate
Lodging Consultants, Inc.

**United States District Court**
**Central District of California**

| | |
|---|---|
| United States of America and the State of California ex rel. CFV 2025 LLC, | 25-cv-02061-AH-MAA |
| Plaintiff, | Hon. Anne Hwang |
| v. | **Defendant Corporate Lodging Consultants, Inc. Disclosure Statement; Certification and Notice of Interested Parties** |
| Choice Hotels International, Inc., et al.,[1] | |
| Defendants. | |

---

[1] The Complaint incorrectly names "Corporate Lodgings Consultants, Inc." ECF 1. The correct legal name of the entity is "Corporate Lodging Consultants, Inc."

### Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

The undersigned, counsel of record for Corporate Lodging Consultants, Inc., certifies that Corporate Lodging Consultants, Inc. is owned by CLC Group, Inc. CLC Group, Inc. is owned by Corpay Technologies Operating Company, LLC. The sole member of Corpay Technologies Operating Company, LLC is Corpay, Inc., a publicly held corporation indirectly owning 10% or more of Corporate Lodging Consultants, Inc.'s stock.

There are no other entities required to be disclosed under Fed. R. Civ. P. 7.1.

### Local Rule 7.1-1 Notice of Interested Parties

The undersigned counsel for Corporate Lodging Consultants, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| CLC Group, Inc. | Direct corporate parent of Corporate Lodging Consultants, Inc. |
| Corpay Technologies Operating Company, LLC | Parent of CLC Group, Inc. |
| Corpay, Inc. | Sole member of Corpay Technologies Operating Company, LLC and publicly held indirect owner of Corporate Lodging Consultants, Inc. |

//

//

//

//

1

Dated: June 12, 2026                    Arnall Golden Gregory LLP

                                        By:    */s/ Aaron M. Danzig*
                                               Aaron M. Danzig

                                        Counsel for Defendant Corporate
                                        Lodging Consultants, Inc.


Dated: June 12, 2026                    Orsus Gate LLP

                                        By:    */s/ Zachary Murray*
                                               Zachary Murray

                                        Counsel for Defendant Corporate
                                        Lodging Consultants, Inc.


*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Zachary Murray hereby attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

2

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on June 12, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ *Zachary Murray*
Zachary Murray

3