**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
KSpelman@jenner.com
2029 Century Park East, Suite 1450
Los Angeles, CA  90067-2901
Telephone:  +1 213 239 6900
Facsimile:   +1 213 239 5199

**JENNER & BLOCK LLP**
Lindsay C. Harrison (SBN 232998)
LHarrison@jenner.com
1099 New York Ave, NW, Suite 900
Washington, D.C.  20001-4412
Telephone:  +1 202 639 6865
Facsimile:   +1 202 639 6066

*Attorneys for Defendant*
HILTON WORLDWIDE HOLDINGS INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA *ex rel.* CFV 2025 LLC,<br><br>                    Plaintiff-Relator,<br><br>        vs.<br><br>CHOICE HOTELS INTERNATIONAL, INC., HILTON WORLDWIDE HOLDINGS, INC., HYATT HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP PLC, WYNDHAM HOTELS & RESORTS, INC., CORPORATE LODGINGS CONSULTANTS, INC., AND MARRIOTT INTERNATIONAL, INC.,<br><br>                    Defendants. | Case No. 2:25-cv-02061-AH-MAAx<br><br>The Honorable Anne Hwang<br><br>**DEFENDANT HILTON WORLDWIDE HOLDINGS INC.'S  CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant Hilton Worldwide Holdings Inc. ("Hilton"), by and through its undersigned counsel, hereby certifies that Hilton is a publicly-traded corporation, and no company owns 10% or more of its stock.

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Hilton, certifies that to the best of their knowledge, no parties, other than the named parties, have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  June 15, 2026                    Respectfully Submitted,

By:  */s/ Lindsay C. Harrison*
Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Ave, NW
Suite 900
Washington, D.C. 20001-4412
Telephone:   +1 202 639 6865
Facsimile:    +1 202 639 6066
LHarrison@jenner.com

Kate T. Spelman
JENNER & BLOCK LLP
2029 Century Park East, Suite 1450
Los Angeles, CA  90067-2901
Telephone:   +1 213 239 6900
Facsimile:    +1 213 239 5199
KSpelman@jenner.com

*Attorneys for Defendant*
HILTON WORLDWIDE HOLDINGS INC.

HILTON WORLDWIDE HOLDINGS INC.'S CORPORATE DISCLOSURE STATEMENT