NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jean-Claude André (California Bar No. 213538)
Saurish Appleby-Bhattacharjee (California Bar No. 286264)
Kristy A. Murphy (California Bar No. 252234)
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel.: (310) 576-2100/Fax: (310) 576-2200

ATTORNEY(S) FOR: WYNDHAM HOTELS & RESORTS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and the State of California ex rel. CFV 2025 LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>Choice Hotels International, Inc., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>25-cv-02061-AH-MAA<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant Wyndham Hotels & Resorts, Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

*(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)*

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Wyndham Hotels & Resorts, Inc. ("WHR") | Defendant. Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1-1, WHR certifies that WHR is a publicly held corporation, of which no publicly held corporation currently owns 10% or more of WHR's common stock. WHR has no parent corporation. |

June 15, 2026
Date

/s/ Jean-Claude Andre
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Wyndham Hotels & Resorts, Inc.