Agustin Dorian Orozco (State Bar No. 271852)
AOrozco@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone:  213.622.4750
Facsimile:   213.622.2690

Brian Tully McLaughlin (*pro hac vice*)
BMcLaughlin@crowell.com
William Morgan Tucker (*pro hac vice*)
WTucker@crowell.com
Bryana A. Bowman (*pro hac vice*)
BBowman@crowell.com
CROWELL & MORING LLP
600 Fifth Street N.W.
Washington, DC  20001
Telephone: 202.624.2500
Facsimile:  202.628.5116

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.* CFV 2025 LLC, | Case No. 25-cv-02061-AH-MAAx |
| Plaintiffs, | The Honorable Anne Hwang |
| v. | **DEFENDANT MARRIOTT INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| CHOICE HOTELS INTERNATIONAL, INC., HILTON WORLDWIDE HOLDINGS, INC., HYATT HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP PLC, MARRIOTT INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, INC., and CORPORATE LODGINGS CONSULTANTS, INC., | |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Defendant Marriott International, Inc. ("Marriott") by and through its undersigned counsel, hereby certifies that Marriott is a publicly traded corporation, and no company owns 10% or more of its stock.

Pursuant to Civil L.R. 7.1-1, the undersigned counsel of record for Marriott certify that to the best of their knowledge, no parties, other than the named parties, have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  June 29, 2026                    CROWELL & MORING LLP


By: _____
Agustin Dorian Orozco
Brian Tully McLaughlin (*pro hac vice*)
William Morgan Tucker (*pro hac vice*)
Bryana Bowman (*pro hac vice*)

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

MARRIOTT INTERNATIONAL, INC.'S CORPORATE
DISCLOSURE STATEMENT;
CASE NO. 25-CV-02061-AH-MAAX