# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA *ex rel.* CFV 2025 LLC,

Plaintiff-Relator,

v.

CHOICE HOTELS INTERNATIONAL, INC., HILTON WORLDWIDE HOLDINGS, INC., HYATT HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP PLC, MARRIOTT INTERNATIONAL, INC., WYNDHAM HOTELS & RESORTS, INC., AND CORPORATE LODGINGS CONSULTANTS, INC.,

Defendant.

Case No. 2:25-cv-02061-AH-MAAx

[Assigned for all purposes to Hon. Anne Hwang]

**ORDER GRANTING JOINT STIPULATION TO EXCEED PAGE LIMITS FOR THE PARTIES' MOTION TO DISMISS, OPPOSITION, AND REPLY MEMORANDA  [61]**

ORDER GRANTING JOINT STIPULATION

# ORDER

On July 21, 2026, Plaintiff-Relator CFV 2025 LLC and Defendants Choice Hotels International, Inc., Hilton Worldwide Holdings, Inc., Hyatt Hotels Corporation, Marriott International, Inc., and Wyndham Hotels & Resorts, Inc. ("Hotel Defendants" and together with Plaintiff-Relator, the "Parties") filed a Joint Stipulation to Exceed Word Limits for the Parties' Motion to Dismiss, Opposition, and Reply Memoranda (the "Stipulation").

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1.    Hotel Defendants may file a single, consolidated motion to dismiss on behalf of Choice Hotels International, Hilton Worldwide Holdings, Inc., Hyatt Hotels Corporation, Marriott International, Inc., and Wyndham Hotels & Resorts, Inc.;

2.    Hotel Defendants' opening memorandum of points and authorities shall not exceed 35 pages;

3.    Plaintiff-Relator's opposition memorandum to Hotel Defendants' consolidated motion to dismiss shall not exceed 35 pages; and

4.    Hotel Defendants' reply in support of their consolidated motion to dismiss shall not exceed 17 pages.

**IT IS SO ORDERED.**

Dated:   JULY 22, 2026

_____
Honorable Anne Hwang
United States District Judge